IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HERMAN REID**  **PLAINTIFF**

v.   CASE NO. 4:23-CV-00954-BSM

**DEPARTMENT OF VETERANS AFFAIRS**
*Denis McDonough, Secretary*   **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE